In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00307-CR
_____

IN RE ROBERT JASON LOGAN

Original Proceeding
75th District Court of Liberty County, Texas
Trial Cause No. CR28367

MEMORANDUM OPINION

Relator Robert Jason Logan filed a *pro se* application for writ of mandamus, in which he asks this Court to compel the trial court to grant his motion for judgment *nunc pro tunc* and to delete the deadly weapon finding from its judgment convicting Logan of murder. Relator has not demonstrated that he is clearly entitled to mandamus relief from this Court. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (holding that to demonstrate entitlement to a writ of mandamus, a relator must establish that the trial court failed

1

to perform a ministerial duty and that the relator has no other adequate legal remedy).

Accordingly, we deny relief on the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM


Submitted on September 24, 2019
Opinion Delivered September 25, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.